Jack Silver, Esq. SB #  160575
Email: lhm28843@sbcglobal.net
LAW OFFICE OF JACK SILVER
Jerry Bernhaut, Esq. SB # 206264
Email: j3bernhaut@gmail.com
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel    (707) 528-8175
Fax.   (707) 528-8675

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3),non-profit, public benefit corporation,<br><br>    Plaintiff,<br>v.<br><br>CITY OF SANTA ROSA,<br><br>    Defendant. | CASE NO.: 3:15-cv-02349 HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP § 41(a)(1)(A)(i)]**<br><br>Trial Date:    None Set |
|---|---|

Pursuant to FRCP § 41(a)(1)(A)(i), NOTICE IS HEREBY GIVEN that Plaintiff CALIFORNIA RIVER WATCH hereby dismisses the above-entitled action in its entirety with prejudice.

DATED: April 25, 2016          LAW OFFICE OF JACK SILVER

                               By:    */s/ Jack Silver*
                                      Jack Silver
                                      Attorney for Plaintiff
                                      CALIFORNIA RIVER WATCH